UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SHASTA, et al.,<br><br>    Defendants. | No. 2:18-cv-2594 KJN P<br><br><br><br>ORDER |

Plaintiff, a Shasta county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. By order filed October 1, 2018, plaintiff was directed to pay the court's filing fee or to submit, within thirty days, a completed application to proceed in forma pauperis. On October 15, 2018, plaintiff filed a motion for waiver or deferral of the filing fee, claiming that the Shasta County Jail makes no provision for the payment of the court's filing fee from inmate trust accounts.

If plaintiff has an outside source who is willing to pay the filing fee on plaintiff's behalf, plaintiff can have such third party mail payment directly to the court along with a request that it be credited to plaintiff's case number 2:18-cv-2594 KJN P. If plaintiff has no funds or is indigent, plaintiff should complete the request to proceed in forma pauperis, and obtain the necessary certification and six month inmate trust account statement, and file such documents with the court. If plaintiff is granted leave to proceed in forma pauperis, the court will order the

1

Shasta County Jail to make payments from plaintiff's inmate trust account which will be paid to the court. Plaintiff is advised that there is no provision to defer court filing fees.

Good cause appearing, plaintiff is granted thirty days in which to comply with the court's October 1, 2018 order. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for deferral (ECF No. 6) is denied;

2. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $400.00; and

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: November 6, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gibb2594.3a2